IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY GOFF,

    Plaintiff,                                      CIV-S-99-0652 FCD GGH

    vs.

JO ANNE BARNHART,                          ORDER
Commissioner of Social Security,

    Defendant.

_____/

        On July 5, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections have been filed.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

\\\\\

1  reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
2  1983).
3        The court has reviewed the applicable legal standards and, good cause appearing,
4  concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.
5  Accordingly, IT IS ORDERED that:
6        1. The Proposed Findings and Recommendations filed July 5, 2005, are
7  ADOPTED;
8        2. Plaintiff's Motion for Summary Judgment or Remand is denied, the
9  Commissioner's Cross Motion for Summary Judgment is granted, and Judgment is entered for
10 the Commissioner.
11 DATED: August 19, 2005

13       /s/ Frank C. Damrell Jr.
      FRANK C. DAMRELL JR.
14       United States District Judge